UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MIROWSKI FAMILY VENTURES, LLC,<br><br>                      *Plaintiff*,<br><br>v.<br><br>BOSTON SCIENTIFIC CORP., et al.<br><br>                      *Defendants*. | Case No. 8:13-cv-2627-WDQ<br>Assigned to: Judge William D. Quarles, Jr.<br><br>JURY TRIAL DEMANDED |

## MIROWSKI FAMILY VENTURES LLC'S MOTION TO REMAND

Plaintiff Mirowski Family Ventures, LLC moves this Court for an Order remanding this case pursuant to 28 U.S.C. § 1447(c) and supporting authority to the Circuit Court for Montgomery County, Maryland and awarding payment of just costs and actual expenses, including attorneys' fees, incurred as a result of the removal.  The grounds for remand are set forth in the attached Memorandum in Support of Motion to Remand.

Dated: September 19, 2013      Respectfully submitted,

/s/ *Liam J. Montgomery*
David C. Kiernan (MD Fed. Bar No. 16292)
Liam J. Montgomery (MD Fed. Bar No. 28978)
Williams & Connolly LLP
725 12th Street, N.W.
Washington, D.C.  20005
202-434-5000 (tel.)
202-434-5029 (fax)
dkiernan@wc.com
lmontgomery@wc.com

        Jeffrey M. Schwaber (MD Fed. Bar No. 06095)
        Deanna L. Peters (MD Fed. Bar No. 15674)
        Stein Sperling
        25 West Middle Lane
        Rockville, MD 20850
        301-838-3210
        JSchwaber@steinsperling.com
        DPeters@steinsperling.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September 2013, the foregoing materials will be sent by the Court's ECF Notification system to all counsel of record.

/s/ *Liam J. Montgomery*
Liam J. Montgomery (MD Fed. Bar No. 28978)