

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

June 5, 2014

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

JUN 11 2014

Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, MD 20850

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____                    ᴅᴜ  DEPUTY

RE:   Mirowski Family Ventures, LLC v. Boston Scientific Corp. et al
      Civil Action No. WDQ 13-cv-2627
      373798-V

Dear Clerk:

On June 5, 2014, the Honorable William D. Quarles, Jr. signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Felicia C. Cannon, Clerk

By:   _____/s/_____
      B. Ames, Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS 10 DAY OF June 2014.

Remand Letter to Court (Rev. 9/4/2001)

# RECEIVED

JUN 10 2014

Clerk of the Circuit Court
Montgomery County, Md. as

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov